Same case below, 379 Fed. Appx. 822.

**No. 10-6351. Walter Wojtczak, Petitioner v. Safeco Property & Casualty Insurance Companies, et al.**

562 U.S. 1046, 131 S. Ct. 600, 178 L. Ed. 2d 439, 2010 U.S. LEXIS 8912.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-6353. Vonne I. Torrez, Petitioner v. Clifford E. Eley.**

562 U.S. 1046, 131 S. Ct. 600, 178 L. Ed. 2d 439, 2010 U.S. LEXIS 8823,

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 378 Fed. Appx. 770.

**No. 10-6360. Joshua Todd Woolridge, Petitioner v. Rhea Edwards.**

562 U.S. 1046, 131 S. Ct. 601, 178 L. Ed. 2d 439, 2010 U.S. LEXIS 8965.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6371. Charles Anthony Ross, Petitioner v. Lydia Hense, Warden.**

562 U.S. 1046, 131 S. Ct. 601, 178 L. Ed. 2d 439, 2010 U.S. LEXIS 8829.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6388. Omowale A. Shabazz, Petitioner v. Tennessee.**

562 U.S. 1046, 131 S. Ct. 602, 178 L. Ed. 2d 439, 2010 U.S. LEXIS 8961.

November 15, 2010. Petition for writ of certiorari to the Supreme Court of Tennessee, Eastern Division, denied.

**No. 10-6389. Pauline Rowl, Petitioner v. Smith Debnam Narron Drake Saintsing & Myers, et al.**

562 U.S. 1046, 131 S. Ct. 602, 178 L. Ed. 2d 439, 2010 U.S. LEXIS 9006.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 329.

**No. 10-6391. Alfred McMullan, Jr., Petitioner v. Don Roper, Superintendent, Potosi Correctional Center.**

562 U.S. 1047, 131 S. Ct. 602, 178 L. Ed. 2d 439, 2010 U.S. LEXIS 8838.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 599 F.3d 849.